

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-13-00831-CR

Douglas Oneil **BARNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR13-001
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed appellant of his right to review the record and file his own brief. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a pro se brief, he must do so within forty-five days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date appellant's pro se brief is filed in this court. We ORDER the first amended motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court